UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAULA SMITH and JEFF HANCOCK,

    Plaintiffs,

v.                              CASE NO: 8:09-cv-1909-T-26TGW

FLORIDA POODLE RESCUE, et al.,

    Defendants.
_____/

# **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion for Reconsideration (Dkt. 3) is denied. Plaintiffs may refile another complaint in a separate case which contains the appropriate allegations conferring jurisdiction on a federal district court.

**DONE AND ORDERED** at Tampa, Florida, on October 23, 2009.

                s/*Richard A. Lazzara*
                **RICHARD A. LAZZARA**
                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record